# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1972

_____

Jamie Kaufmann Woods; Shari Lueken,   *
a minor, by and through her next   *
friends, Ralph Lueken and Marilyn   *
Lueken; Marilyn Lueken; Ralph   *
Lueken; Erika Teasley, a minor, by and   *
through her next friends, Paul Douglas   *
Hoover, Jr. and Katrina L. Hoover;   *
Paul Douglas Hoover, Jr.; Katrina L.   *
Hoover; Tracey Brazil Ozuna;   *
Jessica Deboi,   *

  *   Appeal from the United States
          Plaintiffs-Appellants   *   District Court for the
  *   Eastern District of Missouri.
       v.   *
  *   [UNPUBLISHED]
Bob Wills, aka Bobby Ray Wills,   *
aka B. Wills; Betty Sue Wills;   *
Sam Gerhardt, aka S. L. Gerhardt;   *
Deborah Gerhardt, aka Debbie   *
Gerhardt; Julie Gerhardt; Sharon   *
Goodman; Andrea Hill, dba   *
Mountain Park Boarding Academy,   *
  *
          Defendants-Appellees.   *

_____

Submitted: April 9, 2007
Filed: June 1, 2007

_____

Before MURPHY, BRIGHT, and BENTON, Circuit Judges.

_____

PER CURIAM.

Having carefully reviewed the record, we find no error in the trial court's[1] disposition of this matter.  Therefore, the judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.